UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JACINTHA  POLLARD,                                                    JUDGMENT
                                                                     13-CV- 3964 (KAM)

                              *Plaintiff*,

        -against-

THE NEW YORK METHODIST HOSPITAL,

                              *Defendant.*
----------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States

District Judge, having been filed on September 29, 2015, denying in its entirety Plaintiff's

motion for summary judgment; granting in its entirety Defendant's motion for summary

judgment; and directing the Clerk of Court to enter judgment in favor of Defendant; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is

denied in its entirety; that Defendant's motion for summary judgment is granted in its entirety;

and that judgment is hereby entered in favor of Defendant The New York Methodist Hospital and

against Plaintiff Jacintha Pollard.

Dated: Brooklyn, New York                               Douglas C. Palmer
        October 13, 2015                                Clerk of Court

                                                by:     */s/ Janet Hamilton*
                                                        Deputy Clerk